UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**DONALD ARDOIN**          CIVIL ACTION NO.: _____

**VERSUS**                 U.S. DISTRICT JUDGE: _____

**OFFSHORE ENERGY SERVICES, LLC**

MAGISTRATE JUDGE: _____

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Donald Ardoin, (hereinafter referred to as "Ardoin"), a person of the full age of majority and resident of Evangeline Parish, Louisiana, who respectfully represents that:

I.

This court has jurisdiction over this lawsuit pursuant to 43 U.S.C. Section 1333, the Outer Continental Shelf Lands Act, because the injury occurred due to activities on the outer continental shelf adjacent to the Louisiana coast. Venue is proper in the Western District of Louisiana because all or a substantial part of the events giving rise to this action occurred off the coast of Louisiana, adjacent to the Western District of Louisiana.

II.

Made Defendant is OFFSHORE ENERGY SERVICES, LLC, (hereinafter referred to as "OES") a limited liability company, authorized to do and doing business in Louisiana, who can be

served through its agent for service of process, Gary Russo, 600 Jefferson St, Suite 1600, Lafayette, LA 70501.

III.

On or about April 21, 2022, and at all relevant times preceding, Ardoin was employed by DLS Construction, LLC, and was placed for work offshore.

IV.

On or about the aforesaid date, Ardoin was assigned to work aboard a Cox Operating platform as a welder.

V.

Ardoin was staying aboard a supply vessel, and needed to be back onto the platform to resume his work day. The crane operator, who was employed by Offshore Energy Services, LLC, picked up on the personnel basket upon which Ardoin was a passenger, swung the basket into the side of the boat, knocked Ardoin off the basket, causing him to fall to the deck of the boat.

VI.

As a result of this accident, Ardoin was injured, has missed work, is currently being treated by several healthcare providers, is on a "no work" status, is no longer able to carry on his duties with DLS, and is no longer able to be gainfully employed as an offshore worker.

VII.

As a result of the result of the above described negligence and/or strict liability, Ardoin sustained the following non-exclusive damages:

    a.       Past, present and future pain and suffering;

b.   Past, present and future mental anguish and anxiety;

c.   Past, present and future medical expenses;

d.   Loss of enjoyment of life, past, present and future;

e.   Past, present and future lost wages;

f.   Present and future lost earning capacity;

g.   Emotional distress; and,

h.   Disability, past, present and future.

IX.

WHEREFORE, Donald Ardoin prays that:

a.   Defendant, OFFSHORE ENERGY SERVICES, LLC, be duly cited and served with a copy of this Original Complaint, and be made to appear and answer same;

b.   After all the lapse of all legal delays and due proceedings have been had, that there be judgment in favor of Complainant and against Defendant, OFFSHORE ENERGY SERVICES, LLC, in an amount commensurate for what is owed to him, with legal interest from date of judicial demand until paid in full;

c.   For all costs of these proceedings; and

d.   FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

CRAIG A. DAVIS

s/Craig A. Davis

**CRAIG A. DAVIS**
*A Professional Law Corporation*
Bar Roll No. 23024
111 Mercury Street
Lafayette, Louisiana 70503
Telephone: 337/231-5351
Facsimile: 337/289-1219
Email: craig@craigadavis.com

**ATTORNEY FOR DONALD ARDOIN**